IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HARRIS O'MALLEY d/b/a DOCTOR NERD LOVE and d/b/a WWW.DOCTORNERDLOVE.COM<br><br>*Plaintiff,*<br><br>v.<br><br>YASHAR HEDAYAT a/k/a YASHAR ALI and d/b/a GOPLIN GROUP and d/b/a WWW.THECURRENTCONSCIENCE.COM<br><br>*Defendant.* | §§§§§§§§§§§§§§ | CIVIL ACTION NO. 1:13-cv-1019 |

## PROOF OF SERVICE BY ROBERT HILL

Before me, the undersigned official, on this day appeared **ROBERT HILL**, who declares as follows:

"My name is **ROBERT HILL**. I am fully competent to make this declaration. I have never been convicted of a crime of moral turpitude. I am a natural person over the age of 21, residing in San Antonio, Bexar County, Texas. I have personal knowledge of the facts contained in this declaration.

"I am the Owner of **RECORD TIME RETRIEVAL & INVESTIGATIONS,** and a private process server duly authorized to serve citations and process in Bexar County, Texas.

I am a licensed private investigator with the state of Texas. I have been a licensed private investigator for 20 years.

1

"I was consulted by Plaintiff's attorney, Charles W. Hanor, on or around December 5, 2013 to locate physical addresses for the Defendant Yashar Hedayat a/k/a Yashar Ali in order to serve him.

Using my 20 years of experience and substantial sources for locating people as a private investigator, I found the following possible addresses that were associated with the above named Defendant:

(1) 3514 Keystone Ave. Apt. 5, Los Angeles, CA 90034-5596;

(2) 9663 Santa Monica Blvd., Apt. 222, Beverly Hills, CA 90210; and

(3) 1100 Glendon Avenue, Suite 1700, Los Angeles, CA 90024.

The first address is an apartment building leased to George Rivera. The second address is a private post office box and retail mailing store. The third address on Glendon Avenue is a multi-tenant high rise office building with no listing for the Defendant.

I attempted to locate the individual Defendant Yahsar Hedayat at all three addresses. I was not successful.

I attempted to serve Defendant Yahsar Hedayat by personal service and was not successful in serving him. The summons for service by mail pursuant to the Texas Rules of Civil Procedure, Rule 107 for Yashar Hadayat a/k/a Yashar Ali and d/b/a Goplin Group and d/b/a www.thecurrentconscience.com was received by me on March 12, 2014.

I served the summons on Yashar Hadayat, by United States First-Class and Certified Return Receipt Mail, postpaid and properly addressed on March 14, 2014 as required by TRCP 107 to the following addresses:

1. 3514 Keystone Ave. Apt. 5, Los Angeles, CA 90034-5596; and

2. 9663 Santa Monica Blvd., Apt. 222, Beverly Hills, CA 90210.

I did not send a summons and complaint to the 1100 Glendon Avenue address because there was no one there using the name of Defendant. I have over 20 years of experience in finding and serving defendants and witnesses. It is rare when I cannot locate or find a person.

The Defendant in this case has taken substantial efforts to make himself service proof. He has no identifiable physical address. He owns no property in his name. He owns no motor vehicle in his name. His address listing of 9663 Santa Monica Blvd., Apt. 222, Beverly Hills, CA 90210 is really a private post office box 222 at the private post office box business at 9663 Santa Monica Blvd. The Defendant uses the private post office box for all of the addresses I could find that Defendant uses such as for his driver's license. Defendant is evading service and it would be exceedingly difficult, if at all possible, to personally serve him.

My fees are $ —0— for travel and $ 196.91 for services, for a total of $ 196.91.

I declare under penalty of perjury that this information is true.

Date: 3/20/14

By: _____
ROBERT HILL
RECORD TIME RETRIEVAL & INVESTIGATIONS
P.O. Box 460294
San Antonio, TX 78246