IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARRIS O'MALLEY d/b/a DOCTOR NERD LOVE and d/b/a WWW.DOCTORNERDLOVE.COM | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 1:13-cv-1019 |
| v. | § § | |
| YASHAR HEDAYAT a/k/a YASHAR ALI and d/b/a GOPLIN GROUP and d/b/a WWW.THECURRENTCONSCIENCE.COM | § § § § § | |
| *Defendant*. | § | |

**NOTICE OF CHANGE IN COUNSEL**

Notice is hereby given that after this date, Bernie R. Kray shall be removed from the above styled case as an attorney of record.

Dated on April 9, 2014:

    Respectfully submitted,

    HANOR LAW FIRM PC
    750 Rittiman Road
    San Antonio, TX 78209
    (210) 829-2002 Direct
    (210) 842-9500 Mobile
    (210) 829-2001 Fax
    chanor@hanor.com

    By:  /s/ Charles W. Hanor
        CHARLES W. HANOR
        Texas Bar No. 08928800

    ATTORNEY FOR PLAINTIFF,
    HARRIS O'MALLEY d/b/a
    DOCTOR NERD LOVE and d/b/a
    WWW.DOCTORNERDLOVE.COM

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing was served with the Clerk of Court and on Defendants' counsel on April 30, 2014, by Electronic Mail (ECF-Pacer) using the ECF system, which will send notification of such filing to the following:

George H. Spencer, Jr.
Clemens & Spencer
112 E. Pecan St., Suite 1300
San Antonio, Texas 78205-1531
Tel: (210) 227-7121
Fax: (210) 227-0732
spencer@clemens-spencer.com

Bruce J. Wecker
Hausfeld LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94105
Tel: (415) 633-1607
Fax: (415) 358-4980
bwecker@hausfeldllp.com

                                            /s/ Charles W. Hanor
                                            Charles W. Hanor