Exhibit G

# Invoice Summary

**Hanor Law Firm**

| Invoice | Matter | Date | Date of Service | Fees | Expenses | Adj | Disc | Tax | Int | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Doctor Nerd Love** | | | | | | | | | | |
| 747 | Multiple Projects | 12/3/2013 | 11/19/2013 - 12/3/2013 | 9,905.00 | 643.32 | 0.00 | 0.00 | 0.00 | 0.00 | 10,548.32 |
| 766 | Multiple Projects | 1/13/2014 | 12/4/2013 - 1/13/2014 | 1,230.00 | 28.87 | 0.00 | 0.00 | 0.00 | 0.00 | 1,258.87 |
| 842 | Multiple Projects | 4/1/2014 | 3/5/2014 - 4/1/2014 | 2,310.00 | 91.91 | 0.00 | 0.00 | 0.00 | 0.00 | 2,401.91 |
| 864 | Multiple Projects | 4/30/2014 | 4/28/2014 - 4/30/2014 | 330.00 | 105.00 | 0.00 | 0.00 | 0.00 | 0.00 | 435.00 |
| | | | **Client Total** | **13,775.00** | **869.10** | **0.00** | **0.00** | **0.00** | **0.00** | **14,644.10** |
| | | | **Grand Total** | **13,775.00** | **869.10** | **0.00** | **0.00** | **0.00** | **0.00** | **14,644.10** |

**Hanor Law Firm**
750 Rittiman
San Antonio, TX 78209
210-829-2009
www.hanor.com
**Tax ID: 74-2667561**

12/3/2013

**Harris O'Malley**
Doctor Nerd Love
809 Rutherford Pl
Austin, TX 78704

**Invoice Number: 747**
Invoice Period: 11/19/2013 - 12/3/2013

Payment Terms: Due Upon Receipt

**RE: Multiple Matters**
    O'Malley v. Hadayat (8689-2)

## O'Malley v. Hadayat

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/19/2013 | Charles Hanor | Research on Yashar Ali claim | 1.200 | 300.00 | 360.00 |
| 11/20/2013 | Charles Hanor | Research on Yashar Ali claim | 3.100 | 300.00 | 930.00 |
| 11/22/2013 | Bernie Kray | Review / analyze cease and desist letter from Yashar Ali and side-by-aside comparison of Ali's article and O'Malley's article, and email CWH regarding same. | 1.500 | 175.00 | 262.50 |
| 11/22/2013 | Charles Hanor | Research on Yashar Hedayat | 2.400 | 300.00 | 720.00 |
| 11/22/2013 | Charles Hanor | Research on Yashar Hedayat | 5.500 | 300.00 | 1,650.00 |
| 11/23/2013 | Charles Hanor | Research on Yashar Hedayat and preparing suit | 7.900 | 300.00 | 2,370.00 |
| 11/25/2013 | Bernie Kray | Draft / revise O'Malley's Complaint for Declaratory Judgment and file same. | 2.300 | 175.00 | 402.50 |
| 11/25/2013 | Charles Hanor | Preparing suit against Yashar Hedayat | 8.500 | 300.00 | 2,550.00 |
| 11/26/2013 | Charles Hanor | Research on how to serve Hedayat | 2.200 | 300.00 | 660.00 |
| | | | | **Total Fees:** | 9,905.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Bernie Kray | 3.800 | 175.00 | 665.00 |
| Charles Hanor | 30.800 | 300.00 | 9,240.00 |
| | | **Total Fees:** | 9,905.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 11/26/2013 | Filing Fees: Western District of Texas ECF | 400.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 12/3/2013 | Online research: Lexis Charges | 243.32 |
| | **Total Expenses:** | 643.32 |
| | **Total for this Invoice:** | 10,548.32 |

# Client Statement of Account

**RE: Multiple Matters**

**Balances As Of 6/5/2014**

Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 4/30/2014 | 864 | O'Malley v. Hadayat | 435.00 | | 435.00 |
| | | | | SubTotal: | 435.00 |

**Total Balance Due from Client** **435.00**

**Harris O'Malley**
Doctor Nerd Love
809 Rutherford Pl
Austin, TX 78704

12/3/2013

**Hanor Law Firm**
750 Rittiman
San Antonio, TX 78209

**Invoice Number: 747**
Invoice Period: 11/19/2013 - 12/3/2013

## REMITTANCE COPY

**RE: Multiple Matters**
    O'Malley v. Hadayat (8689-2)

| | |
|---:|---:|
| **Fees:** | 9,905.00 |
| **Expenses:** | 643.32 |
| **Total for this Invoice:** | 10,548.32 |
| **Total Balance Due from Client:** | 435.00 |

**Open Invoices and Credits**

| Date | Invoice | Matter | Amount | Credits | Balance Due |
|---|---|---|---:|---|---:|
| 4/30/2014 | 864 | O'Malley v. Hadayat | 435.00 | | 435.00 |
| | | **TOTAL BALANCE DUE:** | | | 435.00 |

**Hanor Law Firm**
750 Rittiman
San Antonio, TX 78209
210-829-2009
www.hanor.com
**Tax ID: 74-2667561**

1/13/2014

**Harris O'Malley**
Doctor Nerd Love
809 Rutherford Pl
Austin, TX 78704

**Invoice Number: 766**
Invoice Period: 12/4/2013 - 1/13/2014

Payment Terms: Due Upon Receipt

**RE: Multiple Matters**
    O'Malley v. Hadayat (8689-2)

## O'Malley v. Hadayat

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/4/2013 | Heather Villalobos | Research address, prepare summons, filed summons with Western District, Teleconference with process server, conference with CWH about process service | 3.000 | 100.00 | 300.00 |
| 12/4/2013 | Charles Hanor | Research on Yashar Hedayat to acquire service | 1.000 | 300.00 | 300.00 |
| 12/5/2013 | Heather Villalobos | Docketed issued summons, sent summons to process server, confirmed receipt | 1.000 | 100.00 | 100.00 |
| 12/6/2013 | Heather Villalobos | Prepare mailing, draft notice of lawsuit, draft waivers of service for each address, deliver mailing to post office for certified and return receipt options | 2.000 | 100.00 | 200.00 |
| 12/6/2013 | Charles Hanor | Research on service of Hedayat | 0.300 | 300.00 | 90.00 |
| 12/9/2013 | Charles Hanor | Preparing to serve Hedayat | 0.800 | 300.00 | 240.00 |
| | | | | **Total Fees:** | 1,230.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Charles Hanor | 2.100 | 300.00 | 630.00 |
| Heather Villalobos | 6.000 | 100.00 | 600.00 |
| | | **Total Fees:** | 1,230.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 12/12/2013 | Postage: Certified Return Receipt Waivers of Service to all known addresses; First-Class Postage for Waivers of Service to all known addresses | 28.87 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| | **Total Expenses:** | 28.87 |
| | **Total for this Invoice:** | 1,258.87 |

# Client Statement of Account

**RE: Multiple Matters**

**Balances As Of 6/5/2014**

Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 4/30/2014 | 864 | O'Malley v. Hadayat | 435.00 | | 435.00 |
| | | | | SubTotal: | 435.00 |

**Total Balance Due from Client** **435.00**

**Harris O'Malley**
Doctor Nerd Love
809 Rutherford Pl
Austin, TX 78704

1/13/2014

**Hanor Law Firm**
750 Rittiman
San Antonio, TX 78209

**Invoice Number: 766**
Invoice Period: 12/4/2013 - 1/13/2014

## REMITTANCE COPY

**RE: Multiple Matters**
   O'Malley v. Hadayat (8689-2)

|  | |
|---:|---:|
| **Fees:** | 1,230.00 |
| **Expenses:** | 28.87 |
| **Total for this Invoice:** | 1,258.87 |
| **Total Balance Due from Client:** | 435.00 |

**Open Invoices and Credits**

| Date | Invoice | Matter | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| 4/30/2014 | 864 | O'Malley v. Hadayat | 435.00 | | 435.00 |
| | | | **TOTAL BALANCE DUE:** | | 435.00 |

**Hanor Law Firm**
750 Rittiman
San Antonio, TX 78209
210-829-2009
www.hanor.com
**Tax ID: 74-2667561**

4/1/2014

**Harris O'Malley**
Doctor Nerd Love
809 Rutherford Pl
Austin, TX 78704

**Invoice Number: 842**
Invoice Period: 3/5/2014 - 4/1/2014

Payment Terms: Due Upon Receipt

**RE: Multiple Matters**
    General (8689-1)
    O'Malley v. Hadayat (8689-2)

# General

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/6/2014 | Heather Villalobos | Prepare declaration of service of summons, conference with CWH and Robert Hill re: Service of Summons | 2.000 | 100.00 | 200.00 |
| 3/7/2014 | Heather Villalobos | Prepare extension of time to process service | 3.000 | 100.00 | 300.00 |
| | | | | **Total Fees:** | 500.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Heather Villalobos | 5.000 | 100.00 | 500.00 |
| | | **Total Fees:** | 500.00 |

# O'Malley v. Hadayat

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/5/2014 | Charles Hanor | Preparing service papers for Hedayat | 0.800 | 300.00 | 240.00 |
| 3/7/2014 | Charles Hanor | Research on court order and preparing alternative service of Hedayat | 0.900 | 300.00 | 270.00 |
| 3/12/2014 | Heather Villalobos | Contact process service company and send documents for summons | 0.500 | 100.00 | 50.00 |
| 3/14/2014 | Heather Villalobos | Follow up on Service of Process for litigation matter | 0.500 | 100.00 | 50.00 |
| 3/18/2014 | Heather Villalobos | Draft document for proof of service | 0.500 | 100.00 | 50.00 |
| 3/20/2014 | Heather Villalobos | Follow up with Bob Hill re: Service of Process, | 0.300 | 100.00 | 30.00 |

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | receive, review and send document | | | |
| 3/20/2014 | Heather Villalobos | Follow up with Bob Hill on signatures, left VM, returned call, TC with Bob Hill | 0.300 | 100.00 | 30.00 |
| 3/20/2014 | Charles Hanor | Preparing response to order on service of Hedayat | 2.000 | 300.00 | 600.00 |
| 3/21/2014 | Heather Villalobos | Prepare exhibits, edit, review reply; receive, review, draft Bob Hill affidavit; file docket items on PACER | 2.000 | 100.00 | 200.00 |
| 3/21/2014 | Charles Hanor | Preparing response to order on service of Hedayat | 0.900 | 300.00 | 270.00 |
| 3/24/2014 | Heather Villalobos | Receive, review, docket court documents | 0.200 | 100.00 | 20.00 |
| | | | | **Total Fees:** | 1,810.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Charles Hanor | 4.600 | 300.00 | 1,380.00 |
| Heather Villalobos | 4.300 | 100.00 | 430.00 |
| | | **Total Fees:** | 1,810.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 3/26/2014 | Skip Trace on Yashar Hedayat | 91.91 |
| | **Total Expenses:** | 91.91 |
| | **Total for this Invoice:** | 2,401.91 |

# Client Statement of Account

**RE: Multiple Matters**

**Payments Applied Since Previous Invoice (1/13/2014 - 4/1/2014)**

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|---|---|---|---|---|---|---|
| 11/25/2013 | Credit Memo | | 10,000.00 | 10,000.00 | 747 | O'Malley v. Hadayat |
| 12/20/2013 | Payment | | 548.23 | 548.23 | 747 | O'Malley v. Hadayat |

**Balances As Of 6/5/2014**

Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 4/30/2014 | 864 | O'Malley v. Hadayat | 435.00 | | 435.00 |
| | | | | SubTotal: | 435.00 |

**Total Balance Due from Client** **435.00**

**Harris O'Malley**
Doctor Nerd Love
809 Rutherford Pl
Austin, TX 78704

4/1/2014

**Hanor Law Firm**
750 Rittiman
San Antonio, TX 78209

**Invoice Number: 842**
Invoice Period: 3/5/2014 - 4/1/2014

## REMITTANCE COPY

**RE: Multiple Matters**
   General (8689-1)
   O'Malley v. Hadayat (8689-2)

| | |
|---:|---:|
| **Fees:** | 2,310.00 |
| **Expenses:** | 91.91 |
| **Total for this Invoice:** | 2,401.91 |
| **Total Balance Due from Client:** | 435.00 |

**Open Invoices and Credits**

| Date | Invoice | Matter | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| 4/30/2014 | 864 | O'Malley v. Hadayat | 435.00 | | 435.00 |
| | | **TOTAL BALANCE DUE:** | | | 435.00 |

**Hanor Law Firm**
750 Rittiman
San Antonio, TX 78209
210-829-2009
www.hanor.com
**Tax ID: 74-2667561**

4/30/2014

**Harris O'Malley**
Doctor Nerd Love
809 Rutherford Pl
Austin, TX 78704

**Invoice Number: 864**
Invoice Period: 4/28/2014 - 4/30/2014

Payment Terms: Due Upon Receipt

**RE: Multiple Matters**
    O'Malley v. Hadayat (8689-2)

## O'Malley v. Hadayat

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/28/2014 | Charles Hanor | Preparing Status Report | 1.100 | 300.00 | 330.00 |
| 4/30/2014 | Heather Villalobos | Prepare and draft Notice of Change of Counsel; file with court | 1.000 | | No Charge |
| | | | | **Total Fees:** | 330.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Charles Hanor | 1.100 | 300.00 | 330.00 |
| Heather Villalobos | 1.000 | 0.00 | 0.00 |
| | | **Total Fees:** | 330.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 4/28/2014 | Subpoena fees: Record Time Retrieval & Investigations Service Fee for Yashar Hedayat | 105.00 |
| | **Total Expenses:** | 105.00 |
| | **Total for this Invoice:** | 435.00 |

# Client Statement of Account

**RE: Multiple Matters**

**Payments Applied Since Previous Invoice (4/1/2014 - 4/30/2014)**

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|---|---|---|---|---|---|---|
| 4/4/2014 | Payment | | 3,660.87 | 0.09 | 747 | O'Malley v. Hadayat |
| | | | | 1,258.87 | 766 | O'Malley v. Hadayat |
| | | | | 1,901.91 | 842 | O'Malley v. Hadayat |

**Balances As Of 6/5/2014**

Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 4/30/2014 | 864 | O'Malley v. Hadayat | 435.00 | | 435.00 |
| | | | | SubTotal: | 435.00 |

**Total Balance Due from Client** **435.00**

**Harris O'Malley**
Doctor Nerd Love
809 Rutherford Pl
Austin, TX 78704

4/30/2014

**Hanor Law Firm**
750 Rittiman
San Antonio, TX 78209

**Invoice Number: 864**
Invoice Period: 4/28/2014 - 4/30/2014

## REMITTANCE COPY

**RE: Multiple Matters**

    O'Malley v. Hadayat (8689-2)

|  |  |
|--:|--:|
| **Fees:** | 330.00 |
| **Expenses:** | 105.00 |
| **Total for this Invoice:** | 435.00 |
| **Total Balance Due from Client:** | 435.00 |

**Open Invoices and Credits**

| Date | Invoice | Matter | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| 4/30/2014 | 864 | O'Malley v. Hadayat | 435.00 | | 435.00 |
| | | | **TOTAL BALANCE DUE:** | | 435.00 |

**Hanor Law Firm**
750 Rittiman
San Antonio, TX 78209
210-829-2009
www.hanor.com
**Tax ID: 74-2667561**

6/3/2014

**Harris O'Malley**
Doctor Nerd Love
809 Rutherford Pl
Austin, TX 78704

**Invoice Number: N/A**
Invoice Period: 5/15/2014 - 5/31/2014

Payment Terms: Due Upon Receipt

**RE: Multiple Matters**
    O'Malley v. Hadayat (8689-2)

## O'Malley v. Hadayat
### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/15/2014 | Todd Henson | Draft: Motion for Default Judgment | 0.500 | 100.00 | 50.00 |
| 5/16/2014 | Charles Hanor | Preparing motion for default | 1.000 | 300.00 | 300.00 |
| 5/16/2014 | Todd Henson | Draft: Motion for Default Judgment | 1.000 | 100.00 | 100.00 |
| 5/30/2014 | Lucy Yanock | Draft: Preparation of Default Judgment Motion | 1.000 | 100.00 | 100.00 |
| | | | | **Total Fees:** | 550.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Charles Hanor | 1.000 | 300.00 | 300.00 |
| Lucy Yanock | 1.000 | 100.00 | 100.00 |
| Todd Henson | 1.500 | 100.00 | 150.00 |
| | | **Total Fees:** | 550.00 |
| | | **Total for this Invoice:** | 550.00 |

DRAFT

# Client Statement of Account

**RE: Multiple Matters**

**Balances As Of 6/5/2014**

Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 4/30/2014 | 864 | O'Malley v. Hadayat | 435.00 | | 435.00 |
| 6/5/2014 | Current | Multiple Matters | 550.00 | | 550.00 |
| | | | | SubTotal: | 985.00 |

**Total Balance Due from Client** **985.00**



**Harris O'Malley**
Doctor Nerd Love
809 Rutherford Pl
Austin, TX 78704

6/3/2014

**Hanor Law Firm**
750 Rittiman
San Antonio, TX 78209

**Invoice Number: N/A**
Invoice Period: 5/15/2014 - 5/31/2014

## REMITTANCE COPY

**RE: Multiple Matters**
   O'Malley v. Hadayat (8689-2)

|  | |
|---:|---:|
| **Fees:** | 550.00 |
| **Total for this Invoice:** | 550.00 |
| **Total Balance Due from Client:** | 985.00 |

**Open Invoices and Credits**

| Date | Invoice | Matter | Amount | Credits | Balance Due |
|---|---|---|---:|---:|---:|
| 4/30/2014 | 864 | O'Malley v. Hadayat | 435.00 | | 435.00 |
| 6/5/2014 | Current | Multiple Matters | 550.00 | | 550.00 |
| | | **TOTAL BALANCE DUE:** | | | 985.00 |

DRAFT